UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| DEXTER ROGERS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:16-cv-429-RL-SLC |
| OFFICE OF THE ATTORNEY GENERAL, et. al. | ) | |
| Defendants, | | |

ORDER

Counsel are advised that the undersigned Magistrate Judge of the District Court hereby recuses herself from these proceedings. The Clerk is directed to randomly reassign this case to a Magistrate Judge within the District for the purpose of conducting all non-dispositive pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a) and Local Rule 40-1.

Enter: January 25, 2017

s/Susan Collins
Magistrate Judge
United States District Court